**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON SHELTON, | ) Case No. ED CV 18-2167-SP |
| Plaintiff, | ) |
| | ) |
| v. | )  **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to the Memorandum and Order Granting Motions for Judgment on the Pleadings and for Summary Adjudication,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

Dated: December 10, 2019

_____

SHERI PYM
United States Magistrate Judge