JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JASON SHELTON,<br><br>                Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN BERNARDINO; SERGEANT GARY WHEELER; DEPUTY DOE 1; DEPUTY DOE 2; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 5:18-cv-02167-SP<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

# ORDER

Good cause appearing, this action is dismissed with prejudice. All parties are to bear their own costs and attorney's fees arising out of this matter.

**IT IS SO ORDERED.**

Dated: December 3, 2021

_____
Hon. Sheri Pym